United States District Court
Southern District of Texas
FILED

JUL 1 3 2005

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

JUL 1 4 2005  B.A

Michael N. Milby, Clerk
Laredo Division

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **5:05-cr-1025** |
| **JUAN ARMANDO MOLINA-PORTALES** | § | |

## O R D E R

BE IT REMEMBERED on this___13TH___ day of ____JULY_____, 2005, the Court reviewed

the file in the above-captioned matter and specifically the Report and Recommendation of the United States

Magistrate Judge filed **June 16, 2005**, wherein the defendant waived appearance before this Court and

appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and

Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate judge recommends that the plea of

guilty be accepted by the undersigned, and noting no opposition by defendant  to the Report and

Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and

is hereby adopted.

SIGNED this the ___13TH___ day of ____JULY____, 2005.

George P. Kazen
United States District Judge